UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kathleen M. Carlson, a minor, by Alan M. Carlson, her father and natural guardian, and Alan M. Carlson, individually,

Plaintiffs,

vs.

Curt E. Downs and GREAT BEAR TIRE AND AUTO CO., a Minnesota corporation,

Defendants.

**COURT FILE NO.: 01-CV-1373 MJD/JGL**

**STIPULATION TO ENLARGE TIME TO ANSWER PURSUANT TO RULE 6(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

The parties make the following agreement:

1. The time to Answer for Great Bear Tire and Auto pursuant to Rule 6(b) of the Federal Rules of Civil Procedure shall be enlarged to September 1, 2001.

2. The parties stipulate and agree that the Court may issue an Order enlarging the time to Answer the Complaint to September 1, 2001.

Dated: August 24, 2001

MACKENZIE & HALLBERG, P.A.

By: [signature]
Mark Hallberg, #39639
Attorney for Plaintiff
150 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612)335-3500

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 8/22/01

ERSTAD & RIEMER, P.A.

By: ______________________

Leon R. Erstad, #27534
Attorneys for Defendant
Great Bear Tire and Auto
200 Riverview Office Tower
8009 - 34th Avenue South
Minneapolis, MN 55425
(952) 896-3700

**ORDER**

Pursuant to the Stipulation of the parties herein, it is ordered the time to Answer the Complaint shall be enlarged to September 1, 2001.

Dated: Aug. 27, 2001

Magistrate Jonathan Lebedoff