UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

COURT FILE NO.: 01-CV-1373 MJD/JGL

---

Kathleen M. Carlson, a minor,
by Alan M. Carlson, her father
and natural guardian, and Alan
M. Carlson, individually,

Plaintiffs,

vs.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Curt E. Downs and
GREAT BEAR TIRE AND AUTO CO.,
a Minnesota corporation,

Defendants.

---

The undersigned attorneys hereby advise the Court that all claims, counterclaims and cross claims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and cross claims, without costs or disbursements to any of the parties, may be entered herein.

FILED 1-9-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-9-03
DEPUTY CLERK

ERSTAD & RIEMER, P.A.

Dated: Jan 2, 2003

By: ______________________
George C. Hottinger, #124485
Attorneys for Defendant
Great Bear Tire and Auto
200 Riverview Office Tower
8009 - 34th Avenue South
Minneapolis, MN 55425
(952) 896-3700

MACKENZIE & HALLBERG, P.A.

Dated: December 23, 2002

By: ______________________
Mark A. Hallberg, 39639
Attorneys for Plaintiffs
150 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 335-3500

K.M.C. v. Curt E. Downs, et al., Civil No.: 01-1373 (MJD/JGL)

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 8th day of Jan, 2003

BY THE COURT:

Michael J. Davis

Judge of District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

WITNESS THE HONORABLE ____________________, one of the Judges of this Court, this ___ day of ______________, 20__.

BY THE COURT:

____________________

Clerk of District Court